Michael L. Klein, Esq. SB# 81261
GREENMAN, LACY, KLEIN,
O'HARRA & HEFFRON
900 Pier View Way, P.O. Box 299
Oceanside, CA 92049-0299
Telephone: (760) 722-1234
Facsimile: (760) 722-5860
michael.klein@glkohlaw.com

Attorneys for Tommie Lee Harmel, Jr.

# UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>TOMMIE LEE HARMEL, JR.,<br><br>    Debtor.<br>_____<br><br>TOMMIE LEE HARMEL, JR.,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, FRANCHISE TAX BOARD,<br><br>    Defendant.<br>_____ | Case No. 12-14053-LT7<br>Adv. No.<br><br>DEBTOR'S COMPLAINT TO DETERMINE DISCHARGEABILITY OF TAX DEBT |

COMES NOW Plaintiff TOMMIE LEE HARMEL, JR., and shows the Court as follows:

1. The Plaintiff herein filed a Petition for Relief under Chapter 7 of the Bankruptcy Code on October 19, 2012.

2. This is a core proceeding under 28 U.S.C. Section 157(b)(2)(I). Venue is proper under 28

U.S.C. Section 1409(a).

3. Plaintiff alleges he is indebted to Creditor and Defendant FRANCHISE TAX BOARD in an amount in excess of $8,315.10 for personal income taxes, penalties and interest for calendar year 2008.

4. Plaintiff alleges that the personal income taxes, interest and penalties related thereto for the above-referenced calendar years are dischargeable and are not subject to any exception under 11 U.S.C. Section 523(a), nor are they subject to any exclusion under 11 U.S.C. Section 507(a).

WHEREFORE, Plaintiff respectfully prays that the Court:

(a) Determine that the Debtor's indebtedness to the Internal Revenue Service is dischargeable; and

(b) Grant Plaintiff such other relief as he may be entitled.

Dated: January 11, 2013                     GREENMAN, LACY, KLEIN
                                            O'HARRA & HEFFRON


                                            By: _____
                                                Michael L. Klein, Attorneys for
                                                Tommie Lee Harmel, Jr.