Michael L. Klein, Esq. SB# 81261
GREENMAN, LACY, KLEIN,
O'HARRA & HEFFRON
900 Pier View Way, P.O. Box 299
Oceanside, CA 92049-0299
Telephone: (760) 722-1234
Facsimile: (760) 722-5860
michael.klein@glkohlaw.com

Attorneys for Tommie Lee Harmel, Jr.

# UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ) | Case No. 12-14053-LT7 |
| ) | Adv. No. 13-90009-LT7 |
| TOMMIE LEE HARMEL, JR., ) | |
| ) | DEBTOR'S NOTICE OF |
| Debtor. ) | DISMISSAL |
| ) | |
| ) | |
| TOMMIE LEE HARMEL, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| STATE OF CALIFORNIA, FRANCHISE ) | |
| TAX BOARD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff TOMMIE LEE HARMEL, JR. seeks to dismiss the above-referenced adversary proceeding pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) made applicable to adversary proceedings by the United States Bankruptcy Court, Southern District of California Rule 7041.

1  Defendant STATE OF CALIFORNIA, FRANCHISE TAX BOARD, has not filed a responsive

2  pleading in this adversary proceeding. Accordingly, Plaintiff seeks dismissal without court order.

Dated: February 25, 2013                GREENMAN, LACY, KLEIN
                                        O'HARRA & HEFFRON


By: _____
    Michael L. Klein, Attorneys for
    Tommie Lee Harmel, Jr.